IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**WILSON TILLMAN,**
    Petitioner,

v.                                              Case No. 3:93cv30364/RV/MD

**WALTER A. MCNEIL,**[1]
    Respondent.
_____

### ORDER

    This cause is before the court upon petitioner filing an application for certificate of appealability. (Docs. 30, 31). Petitioner seeks to appeal this Court's September 13, 1994 Order denying habeas corpus relief under 28 U.S.C. § 2254. (Docs. 15, 16).

    Unless a certificate of appealability is issued, the petitioner may not take an appeal from the final order denying § 2254 relief. *See* 28 U.S.C. § 2253(c)(1)(A); Fed.R.App.P. 22(b)(1). Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253 (c)(2).

    In this case, petitioner previously filed a motion for certificate of appealability which was denied. (Doc. 21). Thereafter, the United States Court of Appeals for the Eleventh Circuit dismissed petitioner's appeal for failure to file an appellate brief. (Doc. 29). Petitioner's present application does not make a substantial showing of the denial of a constitutional right. For all of these reasons, and for the reasons set forth in this Court's October 6, 1994 Order (doc. 21) denying petitioner's previous motion for a certificate of appealability, petitioner's present application will be denied.

---

[1] **Walter A. McNeil** is the present Secretary of the Florida Department of Corrections, and is automatically substituted as the respondent. Fed.R.Civ.P. 25(d)(1).

**Accordingly, it is ORDERED:**

1.  The clerk shall change the docket to reflect that Walter A. McNeil has been substituted as respondent in this cause.

2.  Petitioner's motion for certificate of appealability (doc. 31) is DENIED, and no certificate shall issue.

**DONE AND ORDERED this 21st day of April, 2008.**

/s/ *Roger Vinson*
**ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE**